| Com. v. Ellis | 12/10/2015528 EAL (2015) | Denied | Pa.Super., 131 A.3d 98 |
|---|---|---|---|
| Com. v. Gallagher | 12/10/2015571 EAL (2015) | Denied | Pa.Super., 131 A.3d 104 |
| Com. v. Gey | 12/16/2015496 EAL (2015) | Denied | Pa.Super., 121 A.3d 1136 |
| Com. v. Grant | 12/16/2015511 MAL (2015) | Denied | Pa.Super., 122 A.3d 1125 |
| Com. v. Greece | 12/02/2015153 WAL (2015) | Denied | Pa.Super., 118 A.3d 452 |
| Com. v. Harris | 12/16/2015400 EAL (2015) | Denied | Pa.Super., 122 A.3d 1121 |
| Com. v. Harrison | 12/11/2015518 EAL (2015) | Denied | Pa.Super., 122 A.3d 1118 |
| Com. v. Homan | 12/16/2015532 MAL (2015) | Denied | Pa.Super., 122 A.3d 1129 |
| Com. v. Hunter | 12/01/2015598 MAL (2015) | Denied | Pa.Super., 125 A.3d 449 |
| Com. v. J.V.S. | 12/16/2015591 MAL (2015) | Denied | Pa.Super., 125 A.3d 436 |
| Com. v. Johnson | 12/02/2015445–447 MAL (2015) | Denied | Pa.Super., 122 A.3d 450 |
| Com. v. Jones | 12/16/2015254 WAL (2015) | Denied | Pa.Super., 122 A.3d 1119 |
| Com. v. Jones | 12/16/2015479 EAL (2015) | Denied | Pa.Super., 125 A.3d 465 |
| Com. v. Konopki | 12/16/2015395 EAL (2015) | Denied | Pa.Super., 122 A.3d 454 |
| Com. v. Leonard | 12/11/2015358 WAL (2015) | Denied | Pa.Super., 131 A.3d 84 |